Rattan Dev S. Dhaliwal, Esq. [SBN 177318]
DHALIWAL LAW GROUP, INC.
2005 De La Cruz Boulevard, Suite 185
Santa Clara, California 95050
Telephone: (408) 988-7722
Facsimile: (408) 988-3345
Email: rattan@attorneydhaliwal.com

Attorney for Plaintiff/Creditor,
Azzam A. Abdo

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **AZZAM A. ABDO**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**SUBBARAO PINAMANINE**, an individual,<br><br>Defendant. | Bankruptcy No.: 16-50869 MEH 7<br><br>Adv. Proc. No:<br><br>**COMPLAINT TO DETEMINE DISCHARGEABILITY OF A DEBT PURSUANT TO 11 U.S.C. Section 523** |

Plaintiff Azzam A. Abdo alleges:

**PARTIES**

1  Plaintiff Azzam A. Abdo (Abdo) is an individual who resides in San Jose, California.

2  Defendant Surrabrao Pinamanine (Defendant) is an individual, who filed chapter 7 case here in this Court.

**JURSIDICTION AND VENUE**

This case involves a proceeding to determine the dis-chargeability of a debt pursuant to 11 U.S.C. Section 523 and Federal Rules of Bankruptcy Procedure 4007 and 7006(6). The

| Abdo vs. Pinamanine | **COMPLAINT FOR NON DISCHARGEABILITY** | 1 |

Case: 16-50869    Doc# 14    Filed: 06/13/16    Entered: 06/13/16 16:08:20    Page 1 of 3

jurisdiction to hear dis-chargeability actions is vested in the federal district courts under 28 U.S.C.§ 1334(b) and can be heard by the bankruptcy courts under 28 U.S.C. § 157(a) as core proceedings.

## GENERAL ALLEGATIONS

4   Defendant borrowed $161,000.00 from Abdo with promises to return the money shortly with interest. However, he had no intention of returning the money when the promises were made. Abdo sued him in the Santa Clara Superior Court and on or about August 29, 2011 received a judgment in the amount of 256,310.27 from the Court for Fraud and Breach of Contract. The case number assigned to this case was 111-CV-196833

## FIRST CAUSE OF ACTION

Exception to Discharge 11 U.S.C. Section 523(a)(2)(A)

5   Abdo incorporates by reference paragraphs 1 through 4 as if set forth in full herein.

6   Defendant requested to borrow funds from Abdo  Defendant promised that the money would be returned from his assets in India, and from future earnings of his company here in California, and income from his technical knowledge.

7   Defendant knew that he will not be in position to the return the money as promised because his company here was struggling to pay its debts as they became due. Further, Defendant knew or should have known that he is not going to return the money based upon his assets in India because it is impossible to trace them in India. Lastly, he had no income from his technical knowledge at the time he was making these promises. Defendant knowingly and fraudulently made these representations.

8   The plaintiff justifiably relied on the representations; and

9   The plaintiff sustained a loss or damage in the amount of $256,310.27 as the proximate consequence of the representation having been made.

10.   Wherefore, Adbo prays for relief as set forth below.

## PRAYER FOR RELIEF

| Abdo vs. Pinamanine | **COMPLAINT FOR NON DISCHARGEABILITY** | 2 |

DHALIWAL LAW GROUP, INC.
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345

1.  The Court determines Defendant's obligation and debts to Abdo non-dischargeable pursuant to 11 U.S.C. Section 523(a)(2)(A) this includes the Judgment received from the state court in the amount of $256,310.27.

2.  The Court awards Adbo his reasonable attorney fees and costs incurred in this proceedings

3.  And such other relief as the Court deems just and proper.

Dated: June 13, 2016                    **DHALIWAL LAW GROUP, INC.**

By: _____
Rattan Dev S. Dhaliwal
Attorney for Plaintiff,
Azzam Abdo

DHALIWAL LAW GROUP, INC.
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345