# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-50869 MEH
**Case Name:** PINAMANENI, SUBBARAO

**Period Ending:** 09/08/16

**Trustee:** (001750) Doris A. Kaelin
**Filed (f) or Converted (c):** 03/24/16 (f)
**§341(a) Meeting Date:** 04/14/16
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>    IRS has lien on all personal property | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Wells Fargo checking account<br>    Balance verified per statement | 2,440.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | household goods & furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 50% stock Tejas Silicon, Inc. (u)<br>    Per Debtor, shell company. IRS tax lien of $1.2 million against Debtor's assets; no equity for unsecured creditors | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Funds owing from sale of India property<br>    Property sold for $47,000 but buyer paid only $23,500. Buyer (located in India) refuses to pay balance. Demand sent by trustee; no response by purchaser. | 47,000.00 | 22,970.00 | | 0.00 | FA |
| 9 | Profits re Silicon Quest International (u)<br>    Company is losing money; any profits would be subject to $1.2 million tax lien | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2004 Honda Accord<br>    Value verified on KBB | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 Assets | **Totals** (Excluding unknown values) | **$60,460.00** | **$22,970.00** | | **$0.00** | **$0.00** |

Case: 16-50869    Doc# 18    Filed: 09/09/16    Entered: 09/09/16 13:40:57    Page 1 of 2

Printed: 09/09/2016 01:37 PM    V.13.28

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-50869 MEH | **Trustee:** (001750) Doris A. Kaelin |
| **Case Name:** PINAMANENI, SUBBARAO | **Filed (f) or Converted (c):** 03/24/16 (f) |
| | **§341(a) Meeting Date:** 04/14/16 |
| **Period Ending:** 09/08/16 | **Claims Bar Date:** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

IRS lien of $1.2M

5/12/16 continued 341 meeting, examination of substantial "gifts" to Debtor

5/31/16 stipulation filed re extension of 727 date; order uploaded

6/6/16 order granting stipulation/727 extension

7/18/16 demand sent to Dilip Chabhria re outstanding balance owing of $24,000 re prior sale of real property in India; request payment by August 10

8/31/16 no response from buyer of India property; with substantial IRS lien, there is no equity to administer on behalf of unsecured creditors; NDR to be filed

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**